UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.0:21-CV-61369-Civ

MICHAEL R. MORTON,

    Plaintiff,

vs.

WELLS FARGO BANK, N.A.,

    Defendant.

_____/

## AMENDED NOTICE OF REMOVAL

    Defendant, WELLS FARGO BANK, N.A. (hereinafter "WELLS FARGO") by and through its undersigned counsel hereby files this Amended Notice of Removal and alleges:

    1.    WELLS FARGO has been named as a defendant in a civil action that was commenced in the Circuit Court of the Seventeenth Judicial Circuit in an for Broward County, Florida, which civil action has been assigned Case Number: CACE-21-011049, Division 08 and which is styled: *MICHAEL R. MORTON vs. WELLS FARGO BANK, N.A.* (the "State Court Action").

    2.    WELLS FARGO was served on June 8, 2021 by serving: Corporation Service Company, 1201 Hays Street, Tallahassee, FL 32301-2525.  A Copy of the State Court Complaint is attached as **Exhibit A**. A copy of the State Court Docket Sheet is attached as **Exhibit B**. True and correct copies of remaining State Court documents: the Civil Cover Sheet, Summons, Return of Service, and Defendant's Notice of Appearance, are attached hereto as **Composite Exhibit C**.

    3.    Thirty (30) days have not yet expired since this action became removable to this Court. Specifically, the Complaint alleges that Plaintiff is located in Broward County, Florida. Plaintiff further alleges that the Defendant has its principal place of business in San Francisco County, California.

    4.    The above-styled action is one in which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1441, in that it is: (i) a civil action wherein the matter in controversy exceeds $75,000.00, exclusive of interest and costs; and (ii) between citizens of different states.

1

*See generally,* Complaint; Exhibit "A" (seeking damages in the amount of $100,000.00 in each Count).

5.     First, the matter in controversy exceeds the sum or value of Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs. *See generally*, Complaint; Exhibit "A" (seeking damages in the amount of $100,000.00 in each Count).

6.     Second, the above-styled action involves a controversy that is wholly between citizens of different states.  Plaintiff is and at the time of filing this action was a citizen of the State of Florida. *See* Complaint; Exhibit "A", ¶2. Wells Fargo is a national banking association and is a citizen of South Dakota. *See* Complaint Caption; *Rouse v. Wachovia Mortgage*, F.S.B., 747 F.3d 707, 715 (9th Cir. 2014) ("Wells Fargo is a citizen only of South Dakota, where its main office is located ....").

7.     Specifically, Wells Fargo, is a national banking association and it is located and has its principal place of business in Sioux Falls, South Dakota. *See* 28 U.S.C. §§ 1332(a), 1348 (national banking association deemed citizen of State in which located); *see generally Wachovia Bank, National Association v. Schmidt*, 126 S.Ct. 941 (U.S. 2006)(for diversity jurisdiction purposes, national banking association deemed to be citizen of state in which located; national banking association located in state **in which main office is located as designated in articles of association**)(emphasis added); *Wells Fargo Bank, N.A. v. Bonaby*,  2017 WL 364460  (S.D.  Fla. Jan. 25, 2017) (national bank is citizen only of the state where its main office is located as designated by its articles of association)(*citing Rouse*, 747 F.3d, at 715); *RDC Funding Corp. v. Wachovia Bank, N.A.*, 2004 WL 717111 (D. Conn. March 31, 2004) (same)). For purposes of diversity jurisdiction Wells Fargo is located in and a citizen of South Dakota. *Rouse*, 747 F.3d at 715 ("Wells Fargo is a citizen only of South Dakota, where its main office is located . . ."); *McKenna v. Wells Fargo Bank, N.A.*, 693 F.3d 207, 212 (1st Cir. 2012) (*quoting Hargrow v. Wells Fargo Bank, N.A.*,  No. 11-1806, 2012 WL 2552805, at *2 (6th Cir. Jul. 3, 2012)).

8.     Finally, Defendant is not presently a citizen of the State of Florida, nor was it at the time of the commencement of this action.

2

WHEREFORE, Defendant, Wells Fargo Bank, N.A., respectfully prays that the above described action, now pending in the Circuit Court of the Seventh Judicial Circuit in an for Broward County, Florida, which civil action has been assigned Case Number: CACE-21-011049, Division 08, be removed to the United States District Court for the Southern District of Florida and the Division within which the above-described action is pending.

> Quintairos, Prieto, Wood & Boyer, P.A.
> 2400 E. Commercial Boulevard, Suite 520
> Fort Lauderdale, FL 33308
> Service Email: gmasel.pleadings@qpwblaw.com
> Email: gmasel@qpwblaw.com
> Phone: (954) 523-7008, Ext. 6058
> Fax: (954) 523-7009
>
> By: __/s/ Gary I. Masel_____
> Gary I. Masel, Esq.
> Fla. Bar No. 26532
> *Attorneys for Defendant, Wells Fargo Bank, N.A.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 6th day of July, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record, either via transmission of Notices of Electronic Filing and/or generated by CM/ECF, on the parties in the manner indicated.

By: __*/s/ Gary I. Masel*_____
      Gary I. Masel, Esq.

## <u>SERVICE LIST</u>

*Michael M. Morton v. Wells Fargo Bank, N.A.*

*Via CM/ECF:*
E. Scott Golden, Esq.
GOLDEN LAW
644 S.E. 4th Avenue
Ft. Lauderdale, FL 33301
sgolden@goldenlawfl.com
bcole@goldenlawfl.com
*Counsel for Plaintiff*