UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-CV-61369-ALTMAN/Hunt

MICHAEL R. MORTON

    Plaintiff,

-vs-

WELLS FARGO BANK, N.A.,

    Defendant.

### NOTICE OF STRIKING DOCKET ENTRIES 28; 28-1; AND 28-2

Pursuant to the Clerk's Notice, DE 29, notice is hereby given of striking Docket Entries 28; 28-1; and 28-2.

Dated: October 5, 2021

Respectfully submitted,

*/s/* Scott R. Strauss
Scott R. Strauss, Esq. (Fla. Bar No. 74425)
Email: scott.strauss@qpwblaw.com
QUINTAIROS, PRIETO, WOOD & BOYER, P.A.
2400 E. Commercial Boulevard,
Suite 520
Fort Lauderdale, FL 33308
Phone: (954) 523-7008, Ext. 6960
Fax: (954) 523-7009

Attorney for Defendant
Wells Fargo Bank, N.A.

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on October 5, 2021 on all counsel or parties of record on the Service List below.

                                                                            */s/* Scott R. Strauss
                                                                            Scott R. Strauss, Esq.

## SERVICE LIST

E. Scott Golden
sgolden@goldenllawfl.com
Golden Law
644 SE Fourth Ave.
Ft. Lauderdale, FL  33301
Telephone: (954) 764-6766
Facsimile:  (954) 764-6789
Attorney for Plaintiff
Michael R. Morton

M. Mendel Kass, Esq.
mkass@goldenlawfl.com
Golden Law
644 SE Fourth Ave.
Ft. Lauderdale, FL  33301
Telephone: (954) 764-6766
Facsimile:  (954) 764-6789
Attorney for Plaintiff
Michael R. Morton

Rebecca Snavely Saelao
rss@severson.com
Severson & Werson
1 Embarcadero Center #2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Fax: (415) 956-0439

Scott R. Strauss
scott.strauss@qpwblaw.com
Quintairos, Prieto, Wood & Boyer, P.A.
2400 E. Commercial Blvd., Suite 520
Fort Lauderdale, FL  33308
Telephone:  (954) 523-7008 Ext. 6069
Facsimile:  (954) 523-7009
Attorney for Defendant,
Wells Fargo, N.A.

Gary I. Masel
gmasel@qpwblaw.com
Quintairos, Prieto, Wood & Boyer, P.A.
2400 E. Commercial Blvd., Suite 520
Fort Lauderdale, FL  33308
Telephone:  (954) 523-7008 Ext. 6058
Facsimile:  (954) 523-7009
Attorney for Defendant,
Wells Fargo, N.A.