UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-CV-61369-ALTMAN/Hunt

MICHAEL R. MORTON

    Plaintiff,

-vs-

WELLS FARGO BANK, N.A.,

    Defendant.

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Marquis Ian Wraight of the law firm of Severson & Werson, APC, One Embarcadero Center., Suite 2600, San Francisco, CA 94111, and (415) 677-5630, for purposes of appearance as co-counsel on behalf of Wells Fargo Bank, N.A., in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Marquis Ian Wraight to receive electronic filings in this case, and in support thereof states as follows:

    1.    Marquis Ian Wraight is not admitted to practice in the Southern District of Florida and is a member in good standing of the California State Bar and the U.S. District Courts of California, Central, Eastern, Northern and Southern Districts.

    2.    Scott R. Strauss, Esq., of the law firm Quintairos, Prieto, Wood & Boyer, P.A., with offices at 2400 E. Commercial Blvd, Suite 520, Ft. Lauderdale, Florida 3330, 954-523-7008 X6069, is a member in good standing of the Florida Bar and the United States District Court for

the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Movant serves as local counsel and is a designated member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures, and consent to electronically serve all documents and things that may be served electronically, and consent to serve documents in compliance with CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, a payment of this Court's $200 admission fee has been made on behalf of Marquis Ian Wraight. A certification in accordance with Rule 4(b) is attached hereto.

4. Marquis Ian Wraight, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Marquis Ian Wraight, at email address: miw@severson.com.

WHEREFORE, Scott R. Strauss, moves this Court to enter an Order permitting Marquis Ian Wraight to appear before this Court on behalf of Wells Fargo Bank, N.A., for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Marquis Ian Wraight.

Dated: October 15, 2021                          *s/ Scott R. Strauss*
                                                 Scott R. Strauss Florida Bar No.: 74425
                                                 Scott.Strauss@qpwblaw.com

                                        Quintairos, Wood, Prieto & Boyer
                                        2400 East Commercial Blvd., Suite 520
                                        Ft. Lauderdale, FL 33308
                                        Telephone: 954-523-7008 Ext. 6069
                                        Facsimile: (954) 523-7009
                                        Attorney for Defendant, Wells Fargo, N.A.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice*, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings was served via U.S. mail on October 15th, 2021, on all counsel or parties of record on the service list.

*s/ Scott R. Strauss*
Scott R. Strauss Florida Bar No.: 74425
Scott.Strauss@qpwblaw.com
Quintairos, Wood, Prieto & Boyer
2400 East Commercial Blvd., Suite 520
Ft. Lauderdale, FL 33308
Telephone: 954-523-7008 Ext. 6069
Facsimile: (954) 523-7009
Attorney for Defendant, Wells Fargo, N.A.

**SERVICE LIST**

E. Scott Golden
sgolden@goldenllawfl.com
Golden Law
3107 Stirling Road, Suite 201
Ft. Lauderdale, FL  33301
Telephone: (954) 764-6766
Facsimile:  (954) 764-6789
Attorney for Plaintiff
Michael R. Morton

M. Mendel Kass, Esq.
mkass@goldenlawfl.com
Golden Law
3107 Stirling Road, Suite 201
Ft. Lauderdale, FL  33301
Telephone: (954) 764-6766
Facsimile:  (954) 764-6789
Attorney for Plaintiff
Michael R. Morton

Rebecca Snavely Saelao
rss@severson.com
Severson & Werson
1 Embarcadero Center
#2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Fax: (415) 956-0439

Scott R. Strauss
scott.strauss@qpwblaw.com
Quintairos, Prieto, Wood & Boyer, P.A.
2400 E. Commercial Blvd., Suite 520
Fort Lauderdale, FL  33308
Telephone:  (954) 523-7008 Ext. 6069
Facsimile:  (954) 523-7009
Attorney for Defendant,
Wells Fargo, N.A.

Gary I. Masel
gmasel@qpwblaw.com
Quintairos, Prieto, Wood & Boyer, P.A.
2400 E. Commercial Blvd., Suite 520
Fort Lauderdale, FL  33308
Telephone:  (954) 523-7008 Ext. 6058
Facsimile:  (954) 523-7009
Attorney for Defendant,
Wells Fargo, N.A.