UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-CV-61369-ALTMAN/Hunt

MICHAEL R. MORTON

    Plaintiff,

-vs-

WELLS FARGO BANK, N.A.,

    Defendant.

**CERTIFICATION OF MARQUIS IAN WRAIGHT**

Marquis Ian Wraight, Esquire, pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice, Peer Review, and Discipline of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of U.S. District Courts of California, Central, Eastern, Northern and Southern Districts; and (3) I have not filed three or more motions for pro hac vice admission in this District within the last 365 days.

                                                /s/ Marquis I. Wraight
                                                  Marquis I. Wraight

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice*, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings was served via U.S. mail on October 15th, 2021, on all counsel or parties of record on the service list.

*s/ Scott R. Strauss*
Scott R. Strauss
Florida Bar No.: 74425
Scott.Strauss@qpwblaw.com
Quintairos, Wood, Prieto & Boyer
2400 East Commercial Blvd., Suite 520
Ft. Lauderdale, FL 33308
Telephone: 954-523-7008 Ext. 6069
Facsimile: (954) 523-7009
Attorney for Defendant, Wells Fargo, N.A.